UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

| | |
|---|---|
| COURTENAY M. MINER, <br><br>    Plaintiff, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC; NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; 1900 CAPITAL TRUST III, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE a/k/a MCM CAPTAL, LLC; and JOHNSON, BLUMBERG & ASSOCIATES, <br><br>    Defendants. | Case No. 2:21-cv-00107-LA <br><br> Honorable Judge Lynn Adelman |

**ORDER ON PLAINTIFF'S MOTION TO CONSOLIDATE BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, Courtenay M. Miner, by and through his counsel, having filed with this Court his Motion to Consolidate Briefing on Defendants' Motions to Dismiss and Motion to Extend Time to File Response to Defendants' Motions to Dismiss, the Court having reviewed same and being advised in the premises, it is hereby ORDERED:

1. Plaintiff's Motion is granted.

2. Plaintiff shall submit a consolidated brief in response to Defendants' Motions to Dismiss [Dkt. 21-25] on or before April 28, 2021.

3. Plaintiff is granted leave to file an oversized response brief exceeding 30 pages.

4. Defendants shall each submit their respective reply brief on or before June 11, 2021.

Dated:  __4/30/21_____

                                                            s/Lynn Adelman_____
                                                            U.S. District Judge