UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Courtenay M. Miner,<br><br>Plaintiff,<br><br>v.<br><br>Specialized Loan Servicing, LLC; NewRez LLC d/b/a Shellpoint Mortgage Servicing; 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual Capacity solely as Certificate Trustee a/k/a MCM Capital, LLC; and Johnson Blumberg & Associates, LLC,<br><br>Defendants. | Court File No.: 2:21-CV-00107-LA<br><br>**PROPOSED ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT** |

Having reviewed the Stipulation for Extension of Time to Reply to Plaintiff's Opposition to Defendants' Motions to Dismiss the Amended Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation for Extension of Time to Reply to Plaintiff's Opposition to Defendants' Motions to Dismiss the Amended Complaint be granted and that Defendants shall have up to and including September 30, 2021 to file their Replies to Plaintiff's Opposition to Defendants' Motions to Dismiss the Amended Complaint.

SO ORDERED this _____ day of _____, 2021.

_____
Judge Lynn Adelman